## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**PACSEC3, LLC,**
    **Plaintiff,**

                                     **Civil Action No. 1:24-cv-04711-MLB**

**v.**

**AXWAY, INC.,**
    **Defendant**                           **JURY TRIAL DEMANDED**

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

PacSec, LLC files this Motion for Extension of Time to Respond to Defendant, Axway, Inc., Motion to Dismiss Plaitniff's Comlaint, ECF 19. Plaintiff contacted Defendant's counsel and requested an extension for the same, and Defendant is unopposed. Plaintiff files this motion unopposed to allow a 1-week extension of time to respond to the Motion to Dismiss up to and including April 14, 2025.

Respectfully submitted this 9th day of April, 2025,

                          **THE DUCOS LAW FIRM, LLC**
                          Alexander Shunnarah Trial Attorneys,
                          of Counsel

                          */s/ Kristina Ducos*
                          Kristina Ducos
                          Georgia State Bar No. 440149
                          600 Peachtree Street NE, Suite 2210
                          Atlanta, Georgia 30308
                          (404) 469-9574 (telephone)

(470) 220-5130 (fax)
kristina@ducoslaw.com

**Ramey LLP**

*/s/ William P. Ramey, III*
William P. Ramey, III (admitted *pro hac vice*)

Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com
**Attorneys for PACSEC3, LLC**

## CERTIFICATE OF CONFERENCE

I hereby certify that on April 9, 2025, I conferred with Defendant's counsel concerning this motion and extension of time to respond to Motion to Disiss and they have no opposition to this extension.

THE DUCOS LAW FIRM, LLC
**ALEXANDER SHUNNARAH TRIAL ATTORNEYS, OF COUNSEL**

/s/ *Kristina Ducos*
Kristina Ducos
Georgia State Bar No. 440149

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this day of April 9, 2025, with a copy of the foregoing and ECF filing.

THE DUCOS LAW FIRM, LLC
**ALEXANDER SHUNNARAH TRIAL ATTORNEYS, OF COUNSEL**

/s/ *Kristina Ducos*
Kristina Ducos
Georgia State Bar No. 440149